IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DANIEL ERIC COBBLE, | * |
| Petitioner, | * |
| v. | Case No. 5:13-CV-277-MTT |
| | * |
| C. ASHLEY ROYAL, et al., | |
| | * |
| Respondents. | |
| _____ | * |

### **J U D G M E N T**

Pursuant to this Court's Order dated August 12, 2013, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 13th day of August, 2013.

Gregory J. Leonard, Clerk

s/ Amy N. Stapleton, Deputy Clerk