IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DANIEL ERIC COBBLE, | : |
| Petitioner, | : |
| VS. | : NO. 5:13-CV-00277-MTT-MSH |
| C. ASHLEY ROYAL, et. al. | : |
| Respondents. | : |

# ORDER

Petitioner Daniel Eric Cobble, an inmate currently confined at Baldwin State Prison, in Hardwick, Georgia, filed a *pro se* "Writ of *Coram Nobis* and *Audita Querela*" (Doc. 1). After an initial review, conducted pursuant to 28 U.S.C. §1915 and 28 U.S.C. §1915A, the Court determined that Petitioner had not stated a cognizable claim for relief and was otherwise barred, under 28 U.S.C. §1915(g), from litigating his claims *in forma pauperis*. The petition was accordingly dismissed without prejudice. *See* Order, Aug. 12, 2013 (Doc. 9). Petitioner now seeks to appeal this dismissal and has filed a Motion to Proceed *in forma pauperis* on Appeal (Doc. 15).

In the Court's best judgment, an appeal from the Court's Order dismissing Petitioner's pleading cannot be taken in good faith. Petitioner's Motion to Proceed *in forma pauperis* on appeal is accordingly **DENIED**. *See* 28 U.S.C. § 1915(a)(3) ("An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith."); Fed. R. App. P. 24(a)(3) ("A party who was permitted to proceed *in forma pauperis* in the district-court action . . . may proceed on appeal *in forma pauperis* .

. . . unless . . . the district court . . . certifies that the appeal is not taken in good faith").

If Petitioner wishes to proceed with his appeal, he must pay the entire $ 455.00 appellate filing fee. Because Petitioner has stated that he cannot pay the $ 455.00 immediately, he must pay using the partial payment plan described under 28 U.S.C. § 1915(b). Pursuant to § 1915(b), the prison account custodian where Petitioner is incarcerated shall cause to be remitted to the Clerk of this Court monthly payments of 20% of the preceding month's income credited to Petitioner's account until the $ 455.00 appellate filing fee has been paid in full. Twenty percent of any deposits into the prisoner's account shall be withheld by the prison account custodian who, on a monthly basis, shall forward the amount withheld from the prisoner's account to the Clerk of this Court each time the amount in the account exceeds $ 10.00 until the total filing fee of $455.00 has been paid. Checks should be made payable to "Clerk, U.S. District Court."

The Clerk of Court is **DIRECTED** to mail a copy of this Order to the custodian of the prison in which Petitioner is presently incarcerated.

Any further requests to proceed *in forma pauperis* on appeal should be directed, on motion, to the United States Court of Appeals for the Eleventh Circuit, in accordance with Rule 24 of the Federal Rules of Appellate Procedure.

**SO ORDERED**, this 1st day of October, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

jlr